UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**DAN DOLAN,** a citizen of the State of
New Mexico, **THE NEW MEXICANS
FOR AN ECONOMIC RECOVERY
PAC** a candidate support or opposition
committee and independent expenditures
committee, and **THE BERNALILLO
COUNTY REPUBLICAN PARTY,**

       Plaintiffs,

vs.    Case No. 1:12-cv-00110-CA-ACT

**DIANE J. DURAN**, in her official capacity
as New Mexico Secretary of State.

### Plaintiffs' Emergency Motion for the Court to Reconsider its Decision to Deny Plaintiffs and Defendant Intervenor Al Park's Request for an Emergency Temporary Restraining Order

    Plaintiffs hereby respectfully move this Court to reconsider its May 25, 2012, decision to deny Plaintiffs and Defendant Intervenor Al Park's request for an Emergency Temporary Restraining Order ("TRO") and state as follows in support thereof:

    1.    The attached affidavit by New Mexico Secretary of State Bureau of Elections Director Bobbi Shearer succinctly articulates the urgency and grounds for the instant motion for reconsideration.  *See* affidavit of Bobbi Shearer attached as Exhibit # 1.

    2.    Plaintiffs filed their Emergency Motion for a Temporary Restraining Order on May 24, 2012.  After four reassignments, the matter was assigned to this Court and a hearing was held on the request that commenced at 7:45 p.m. on May 25, 2012.

1

3. After approximately 90 minutes of arguments and proffers of proof by the parties, the Court declined to issue a TRO.

4. A transcript of the hearing is not yet available, but the recollection of the undersigned counsel was that a dispositive factor in Court's rational for denying the TRO was that all available evidence indicated that the SOS and AGO's concurred with the contention that the matching funds provision of the VAA was unconstitutional and that distribution of any unconstitutional matching funds was unlikely, and thus, Plaintiffs and Intervenor Defendant Al Park were not likely to suffer any irreparable harm as a result of the Court not issuing a TRO.

5. Despite being served with the Complaint and the Emergency Motion for a TRO and the text of Plaintiffs' proposed order, the AGO's did not file a response in opposition and, to date, has not answered the Complaint to defend the constitutionality of the law.

6. Instead of responding or otherwise participating in this litigation to defend the constitutionality of the law at issue, the Plaintiffs subsequently learned that, at 4:02 p.m. on May 25, the AGO's office directed the Secretary of State to implement the matching fund provisions of the Voter Action Act ("VAA") on May 29th 2012, at 9 a.m., a law the AGO's had previously provided testimony that it believed to be unconstitutional.

7. Upon information and belief, this critical piece of information was communicated to the publically financed candidates, who had requested matching funds, prior to the May 25, 2012 hearing held on this matter and was not disclosed to the Court.

2

8. Absent an Order of this Court directing otherwise, at the direction of the AGO, the SOS intends to issue unconstitutional matching fund checks at 9 a.m. on Tuesday May 29, 2012. *Id.*

9. As more fully set out in its *Complaint and Emergency Motion for a Temporary Restraining Order* the matching funds provisions the VAA, Sections 1-19A-1 TO 1-19A-17 NMSA 1978 violate Plaintiffs' rights under the First and Fourteenth Amendments of the United States Constitution. Specifically, the provisions that apply to the offices of the judicial branch of government subject to statewide election, and the Office of Public Regulation Commissioner.

10. Plaintiffs have established probability of success on the merits, that it will be immediately and irreparably harmed, that a TRO will not substantially harm Defendant or the Defendant Intervenors, that a TRO is in the public interest, and that there is no adequate remedy at law.

11. In light of the assertions contained in the affidavit of Bobbi Shearer attached as Exhibit # 1 to this Motion, Plaintiffs' assume the concurrence of the Defendant Secretary of State Diane Duran. Because of the urgent time sensitive nature of this motion the position of the other intervenors, the AGO, and the other real parties in interest was not sought.

**WHEREFORE**, Plaintiffs respectfully request this Court reconsider its earlier decision and grant Plaintiffs and Intervenor Al Park's request for a TRO enjoining Defendant Secretary of State Diane Duran from enforcing the matching funds provisions the New Mexico Voter Action Act.

        Respectfully submitted,

        THE BARNETT LAW FIRM, P.A.


**By:** */s/ Colin Hunter*_____
     COLIN L. HUNTER
1905 Wyoming Blvd. NE
Albuquerque, New Mexico  87112
Tele:   (505) 275-3200
Fax:    (505) 275-3837
Email: colin@theblf.com

     I HERBY CERTIFY that on the 29 day of May, 2012, a true and correct copy of the foregoing was served upon:

Scott Fuqua
Office of the Attorney General
408 Galisteo St
Santa Fe, New Mexico 87501
sfuqua@nmag.gov
Attorney for Defendant Secretary of State Dianw Duran

Albert L. Hutchinson, Jr.
P.O. Box 25304 Albuquerque, NM 87125 (505) 750-8005
(505) 212-0249 facsimile
al@aequitas.pro
*Attorney for Proposed Intervenor Victor Valdez*

**Real Parties Interest**

Candidates Statewide Judicial Offices

**J. Miles Hanisee**
201 12th Street NW
Albuquerque, NM 87102-1815
(505) 243-1100
505.244.0888
jmhlaw@mac.com

PO Box 20784
Albuquerque, NM 87104

505.362.7544
Gina505maestas@gmail.com

**Victor S. Lopez**
Workers Comp
2410 Centre Ave SE
Albuquerque, NM 87107
505.841.6020
505.841-6873
505-268-6628
judgevictorslopez@gmail.com

622Graceland Drive SE
Albuquerque, NM 87104
505-977.2140
Victorlopez@aol.com

**Monica Zamora**
Children's Court
5100 2nd Street NW
Albuquerque, NM 87107
505.841.7392
Fax: 505.841.5915

PO Box 14451
Albuquerque, NM 87191
505.903.0938
judgemonicazamora@gmail.com


**Candidates of the Office of Public Regulation Commissioner**

PRC – Albuquerque Seat

**Al Park**
PO Box 26165
Albuquerque, NM  87125
505.235.1408
Alpark.nm@gmail.com

PO Box 26165
Albuquerque, NM
505.235.1408

Alpark.nm@gmail.com

**Cynthia B. Hall**
511 Solar Road NW
Albuquerque, NM
505.720.8627
cynthiabhall@gmail.com

**Karen Louise Montoya**
501 Tijeras
Albuquerque, NM 87102-87125
(PO BOX 27108)
505.222.3700
505.222.3770
kmontoya@bernco.gov

1504 Clancy NE
Albuquerque, NM
505.559.0482
Karen.l.montoya@gmail.com

**Chris Ocksrider**
118 Wellesley Drive SE
Albuquerque, NM 87106-1444
505.266.0800
505.266.2755
ocksriderlaw@aol.com

PO Box 95588
Albuquerque, NM
505.489.4477
chris@ocksriderforprc.com

PRC – Northern Seat

**Danny Maki**
1539 Escondida Court
Santa Fe, NM
505.690.0988
dmaki@dannymaki.com

**Valerie L. Espinoza**
2927 Plaza Azul

6

Santa Fe, NM
505.470.8223
voteval@q.com

**Virginia Vigil**
PO Box 4502
Santa Fe, NM 87502-4502
505.995.2755
505.995.2740
mvvigil@msn.com

**Brad A. Gallegos**
1301 S Saint Francis Dr Ste A
Santa Fe, NM 87505

4313 Vuelta Dorado
Santa Fe, NM
505.660.6235
bradgallegosprc@gmail.com


via electronic mail at the web addresses indicated above.

*/s/_Colin Hunter*_____
COLIN L. HUNTER