IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAN DOLAN, et al.,

    Plaintiffs,

vs.                                     No. 12-cv-00110 MCA

DIANE J. DURAN, in her official capacity
as New Mexico Secretary of State,

    Defendant,

and

VICTOR S. LOPEZ, CYNTHIA B. HALL
and AL PARK,

    Intervenors.

### ORDER DENYING EMERGENCY MOTION FOR RECONSIDERATION

This case having come before the Court upon Plaintiffs' Verified Emergency Motion for a Temporary Restraining Order [Doc. 11] which was denied by the Court on May 25, 2012 after a telephonic hearing during which Plaintiffs and Proposed Intervenors were heard at length; and this case having again come before the Court upon Plaintiffs' Emergency Motion for Reconsideration [Doc. 22], the Court having conducted a hearing on Plaintiff's Motion on May 29, 2012 during which Plaintiffs, Defendant, and Proposed Intervenors Lopez, Hall and Park were heard at length, the Court having considered the papers submitted by the parties, the oral arguments and representations of the parties or their counsel, the applicable law and otherwise being fully advised,

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion for Reconsideration [Doc. 22] **is denied without prejudice** for the reasons given by the Court on the record of the

May 29, 2012 hearing;

**IT IS FURTHER ORDERED** that the Motions to Intervene [Doc. 7, 10, and 12] of Proposed Intervenors Victor S. Lopez, Cynthia B. Hall and Al Park are **granted**.

**So ordered this 29th day of May, 2012.**

_____
M. CHRISTINA ARMIJO